IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIAN SOSA-ALFARO,  2:13-CV-01188-PK

    Petitioner,  ORDER

v.

MARK NOOTH, Superintendent of
Snake River Correctional
Institution,

    Respondent.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#48) on May 29, 2015, in which he recommends the Court deny Petitioner Julian Sosa-Alfaro's Petition (#2) Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny a certificate of appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Petitioner reiterates the arguments contained in his Petition, Brief in Support of Petition, Supplemental Brief in Support of Petition, and Reply to Briefs in Support of Petition.  This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#48), **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a

certificate of appealability.

IT IS SO ORDERED.

DATED this 5th day of August, 2015.

*[signature]*

ANNA J. BROWN
United States District Judge

3 - ORDER